```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 18089
   CHRISTOPHE D ALEXANDER
   FELICIA ALEXANDER                       CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3163      SSN XXX-XX-9742

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/06/2005 and was confirmed 07/06/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 08/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------------
GREEN TREE SERVICING LLC CURRENT MORTG        .00              .00              .00
INTERNAL REVENUE SERVICE SECURED          9262.97              .00          9262.97
ILLINOIS DEPT OF REVENUE PRIORITY          208.87              .00           208.87
INTERNAL REVENUE SERVICE PRIORITY         4296.18              .00          4296.18
RESURGENT ACQUISITION LL UNSECURED        1082.27              .00           108.23
CAPITAL ONE BANK         UNSECURED        NOT FILED            .00              .00
CAPITAL ONE BANK         UNSECURED        NOT FILED            .00              .00
CAPITAL ONE BANK         UNSECURED        NOT FILED            .00              .00
CAPITAL ONE BANK         UNSECURED        NOT FILED            .00              .00
CAPITAL ONE              UNSECURED        NOT FILED            .00              .00
CAPONE BANK INT INVES    NOTICE ONLY      NOT FILED            .00              .00
CBUSASEARS               UNSECURED        NOT FILED            .00              .00
PORTFOLIO RECOVERY       UNSECURED         5850.25             .00           585.03
ECAST SETTLEMENT CORP    UNSECURED          496.76             .00            49.68
ECAST SETTLEMENT CORP    UNSECURED         8836.87             .00           883.69
ECAST SETTLEMENT CORP    UNSECURED         8021.15             .00           802.12
COLLECTION COMPANY OF AM NOTICE ONLY      NOT FILED            .00              .00
ECAST SETTLEMENT CORP    UNSECURED         1718.34             .00           171.83
SMC                      UNSECURED         1061.83             .00           106.18
RSHK CBUSA               UNSECURED        NOT FILED            .00              .00
RESURGENT ACQUISITION LL UNSECURED          595.50             .00            59.55
STUDENT LOAN FUND IDAHO  UNSECURED         1997.32             .00           199.73
INTERNAL REVENUE SERVICE UNSECURED          318.37             .00            31.84
COOK COUNTY TREASURER    SECURED           1142.00             .00          1142.00
ILLINOIS DEPT OF REVENUE UNSECURED           30.00             .00             3.00
LVNV FUNDING             UNSECURED         7453.50             .00           745.35
LORRAINE GREENBERG & ASS DEBTOR ATTY       1,794.00                        1,794.00
TOM VAUGHN               TRUSTEE                                           1,358.91
DEBTOR REFUND            REFUND                                            2,744.02

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 18089 CHRISTOPHE D ALEXANDER & FELICIA ALEXANDER
```

```
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  24,553.18

PRIORITY                                         4,505.05
SECURED                                         10,404.97
UNSECURED                                        3,746.23
ADMINISTRATIVE                                   1,794.00
TRUSTEE COMPENSATION                             1,358.91
DEBTOR REFUND                                    2,744.02
                        ---------------     ---------------
TOTALS                   24,553.18              24,553.18
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 11/20/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
      CASE NO. 05 B 18089 CHRISTOPHE D ALEXANDER & FELICIA ALEXANDER